UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES INC. dba KOHL'S,<br><br>    Defendant. | Case No. 1:21cv-01740-JLT-BAM<br><br>**ORDER RE MOTION TO AMEND** |

On December 8, 2021, Plaintiff Fernando Gastelum, proceeding pro se, initiated this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12181 et seq., against Defendant Kohl's, Inc. (erroneously named as Kohl's Department Stores Inc.). (Doc. 1.) Defendant answered the complaint on January 19, 2022. (Doc. 5.)

On March 28, 2022, Plaintiff filed a motion to amend the complaint, but did not set a hearing date.[1] (Doc. 13.) On April 5, 2022, the motion to amend was referred to the assigned magistrate judge for appropriate action. (Doc. 16.) A hearing date on the motion will not be calendared at this time. Opposition, if any, to the granting of the motion shall be filed and served no later than **fourteen (14) days** after the motion was filed. A responding party who has no

---

[1] Plaintiff also lodged his proposed first amended complaint. (Doc. 15.)

1

opposition to the granting of the motion shall serve and file a statement to that effect. L.R. 230(c). No later than **ten (10) days** after the opposition is filed, the moving party may serve and file a reply to any opposition. L.R. 230(d). The motion will be deemed submitted upon the record and briefs. If the Court determines that a hearing is necessary following review of the parties' papers, then a hearing will be set by the Court.

IT IS SO ORDERED.

Dated: __April 6, 2022__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE