UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. 1:21-cv-01740-JLT-BAM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |
| v. | |
| KOHL'S INC., | (Doc. 29) |
| Defendant. | |

On August 10, 2022, the parties filed a joint stipulation to extend the expert discovery deadlines. The parties explain that they desire to preserve resources and address expert issues after the district court rules on the pending motion to dismiss (Doc. 23), which is a motion for judgment on the pleadings. (Doc. 29 at 2.)

Having considered the parties' stipulation, and good cause appearing, the request to extend the expert discovery deadlines is GRANTED. The expert discovery deadlines are modified as follows:

| | |
|---|---|
| Expert Disclosure: | October 26, 2022 |
| Supplemental Expert Disclosure: | November 14, 2022 |
| Expert Discovery Cutoff: | December 7, 2022 |

All other deadlines in the Court's Scheduling Conference Order (Doc. 12) remain as scheduled, including the pretrial motion filing deadline of November 4, 2022.

IT IS SO ORDERED.

Dated: **August 11, 2022**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1