UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. 1:21-cv-01740-JLT-BAM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |
| v. | |
| KOHL'S INC., | (Doc. 32) |
| Defendant. | |

On October 17, 2022, the parties filed a second joint stipulation to extend the expert discovery deadlines. (Doc. 32.) The parties desire to preserve resources and address expert issues after the district court rules on the pending motion to dismiss, which is a motion for judgment on the pleadings and is fully briefed. (*Id.* at 2; *see* Doc. 23.) They do not request an extension of any other deadlines in the Court's Scheduling Order. (Doc. 32 at 3.)

Having considered the stipulation, and good cause appearing, the parties' second request to extend the expert discovery deadlines is GRANTED. The expert discovery deadlines are modified as follows:

Expert Disclosure:                February 17, 2023

Supplemental Expert Disclosure:   March 10, 2023

Expert Discovery Cutoff:          April 21, 2023

///

Although the parties have not requested modification of any other deadlines in the Court's Scheduling Conference Order (Doc. 12), in the interests of both party and judicial economy, it is necessary to modify the remaining deadlines. Accordingly, the Scheduling Conference Order is further modified as follows:

| | |
|---|---|
| Pretrial Motion Filing Deadline: | **May 22, 2023** |
| Pretrial Conference: | **October 27, 2023**<br>1:30 p.m.<br>Courtroom 4 (JLT) |
| Jury Trial (2 days): | **January 15, 2024**<br>8:30 a.m.<br>Courtroom 4 (JLT) |

IT IS SO ORDERED.

Dated:   **October 19, 2022**          /s/ *Barbara A. McAuliffe*  _
                                          UNITED STATES MAGISTRATE JUDGE

2